**AMERICAN LIBERTY OIL COMPANY, Appellant, v. HUNT COUNTY, Texas, Appellee.**

No. 12465.

United States Court of Appeals
Fifth Circuit.

March 17, 1949.

Russell Allen, W. B. Harrell and C. C. Renfro, all of Dallas, Tex., for appellant.

Harold B. Sanders, of Dallas, Tex., and Allen Clark and A. S. Rollins, both of Greenville, Tex., for appellee.

Before HUTCHESON, HOLMES, and LEE, Circuit Judges.

PER CURIAM.

The Judgment appealed from is affirmed.

**Margaret V. MORAN, Administratrix of Estate of Thomas J. Moran, Deceased, Appellant, v. Robert ROLLETTE and Ronald Rollette et al.**

No. 9672.

United States Court of Appeals
Third Circuit.

Argued Dec. 9, 1948.

Decided Feb. 21, 1949.

David Berger, of Philadelphia, Pa. (Reuben Singer, of Philadelphia, Pa., and Isador Krasno, of Pottsville, Pa., on the brief), for appellant.

Harry R. Axelroth, of Philadelphia, Pa. (Daniel J. McCauley, Jr., and Axelroth & Porteous, all of Philadelphia, Pa., on the brief), for appellees.

Before BIGGS, Chief Judge, and Mc-LAUGHLIN and O'CONNELL, Circuit Judges.

PER CURIAM.

We have considered carefully the briefs and the oral arguments of the parties. The questions presented were primarily for determination by the jury. The charge of the trial court was sufficiently clear and in accordance with the law. No substantial error was committed.

Accordingly the judgment will be affirmed.

**Tommasiena C. STEVENS v. PENNSYLVANIA RAILROAD COMPANY, Appellant.**

No. 9726.

United States Court of Appeals
Third Circuit.

Argued Jan. 7, 1949.

Decided Feb. 21, 1949.

H. Francis DeLone, of Philadelphia, Pa. (Barnes, Dechert, Price, Smith & Clark, of Philadelphia, Pa., on the brief), for appellant.

Elias Magil, of Philadelphia, Pa. (Richter, Lord & Farage, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and Mc-LAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

Consideration of the record in this case and of the briefs and oral arguments of the parties convinces us that no substantial error was committed by the trial court. Our conclusion would be otherwise had not the court below instructed the jury to give no consideration to the testimony concerning the fracture of the trochanter. Cf. Moreau v. Pennsylvania R. Co., 3 Cir., 166 F.2d 543. The court, however, adequately charged the jury on this point.

Accordingly the judgment will be affirmed.